■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN WILLIAMS, Appellant. [659 NYS2d 264] —Judgment, Supreme Court, Bronx County (Eugene Oliver, J.), rendered June 27, 1994, convicting defendant, after a jury trial, of criminal possession of a weapon in the third degree, and sentencing him as a second felony offender to a term of $3^{1}/_{2}$ to 7 years, unanimously affirmed.

Reference to an uncharged burglary, which was the subject of the 911 call that brought the officers to the scene and led to their observations, was appropriate since it provided essential background information that assisted the jury in understanding the circumstances of the arrest (*People v Till*, 87 NY2d 835), and was responsive to issues raised by defendant. Any potential prejudice to defendant was alleviated by the court's limiting instructions (*People v Torres*, 199 AD2d 224). Concur—Sullivan, J. P., Milonas, Ellerin, Tom and Mazzarelli, JJ.

■ In the Matter of NORMAN L., a Person Alleged to be a Juvenile Delinquent, Appellant. [659 NYS2d 756] —Order of disposition, Family Court, Bronx County (Marjory Fields, J.), entered on or about May 1, 1996, which adjudicated appellant a juvenile delinquent, following a fact-finding determination that appellant committed acts, which if committed by an adult, would constitute the crimes of criminal sale of a controlled substance in the third and fifth degrees, criminal possession of a controlled substance in the third, fifth, and seventh degrees, and criminal facilitation in the fourth degree, and placed him on probation for 2 years, unanimously affirmed, without costs.

The court's findings were based on legally sufficient evidence and were not against the weight of the evidence. Factual issues relating to the reliability of identification testimony and the ability of witnesses to recall events were properly presented to the court and we see no reason to disturb its findings. We have reviewed appellant's remaining contentions and find them to be without merit. Concur—Sullivan, J. P., Milonas, Ellerin, Tom and Mazzarelli, JJ.